Minnie PRYOR *v.* STATE of Arkansas

CR 93-111                                           850 S.W.2d 301

Supreme Court of Arkansas
Opinion delivered March 1, 1993

*Paul N. Ford*, for appellant.

No response.

PER CURIAM. Appellant, Minnie Pryor, by her attorney, Paul N. Ford has filed a motion for rule on the clerk. Her attorney admits that the record was tendered late.

■ We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See per curiam dated February 5, 1979, *In re: Belated Appeals in Criminal Cases*, 265 Ark. 964; *Terry* v. *State*, 272 Ark. 243, 613 S.W.2d 90 (1981).

A copy of this opinion will be forwarded to the Committee on Professional Conduct.